UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DEBRA S. [1], Plaintiff, v. FRANK BISIGNANO, Defendant. | ) ) ) ) ) ) ) ) ) | No. 1:25-cv-02480-RLY-MJD |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff Debra S. suffers from a variety of ailments, including hidradenitis suppurativa and migraine headaches. In the present motion, she objects to the Magistrate Judge's Report and Recommendation recommending that the Commissioner's decision denying her application for Disability Insurance Benefits under Title II of the Social Security Act and Supplemental Security Income under Title XVI of the Act. Plaintiff argues that the ALJ erred in her consideration of Plaintiff's migraine headaches.

The court reviews objections to a magistrate judge's recommended disposition *de novo*. Fed. R. Civ. P. 72(b)(3). The court "may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." *Id.*

[1] To protect the privacy interest of claimants for Social Security benefits, consistent with the recommendation of the Court Administration and Case Management Committee of the Administrative Office of the United States Courts, the Southern District of Indiana has opted to use only the first name and last initial of non-governmental parties in its Social Security judicial review opinions.

The court, having thoroughly reviewed the Magistrate Judge's Report and Recommendation, the underlying briefs, Plaintiff's objections, the Commissioner's response, the designated evidence, and the applicable law, **OVERRULES** Plaintiff's objections (Dkt. 16) and **ADOPTS** the Report and Recommendation (Dkt. 15). The Commissioner's decision denying benefits is **AFFIRMED**. Judgment shall issue by separate Order.

**IT IS SO ORDERED** this 15th day of September 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution: All ECF-registered counsel of record via email